UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NIKKI L. BURGHER,

               Plaintiff,

-against-

CANADIAN PACIFIC RAILWAY,

               Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Case No: 3:07-cv-01137 (TJM/DEP)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits, without costs to either party as against the other.

Dated: June 25, 2008

SCARZAFAVA & BASDEKIS, LLP

Theodoros Basdekis, Esq.
Bar Roll No. 601478
Attorneys for Plaintiff
48 Dietz Street, Suite C
Oneonta, New York 13820
(607) 432-9341

Dated: June 25, 2008

MCNAMEE, LOCHNER, TITUS & WILLIAMS

Scott A. Barbour, Esq.
Bar Roll No. 101080
Attorney for Defendant
677 Broadway
Albany, New York 12201
Tel No: (518) 447-3200

So Ordered,

David E. Peebles
United States Magistrate Judge
Dated: 6/25/08
Syracuse, New York